AO 91 (Rev. 11/11)  Criminal Complaint

**FILED**
UNITED STATES DISTRICT COURT
ROSWELL, NEW MEXICO

# UNITED STATES DISTRICT COURT
### for the
District of New Mexico

DEC 1 3 2021

**MITCHELL R. ELFERS**
**CLERK OF COURT**

| | |
|---|---|
| United States of America<br>v.<br><br>Matthew Lee Dale Taylor ▇▇▇▇▇<br><br><br>*Defendant(s)* | )<br>)<br>)<br>)    Case No. 21-MJ-1812<br>)<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____December 10, 2021_____ in the county of _____Lea_____ in the _____ District of _____New Mexico_____ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 18 U.S.C. §§ 2252A(a)(2) and 2252A(b)(1) | Distribution of Child Pornography |

This criminal complaint is based on these facts:

Please attached affidavit, attached and incorporated fully by reference herein.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

William Yu, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __12/13/21__

_____
*Judge's signature*

City and state:   _____Roswell, New Mexico_____    U.S. Magistrate Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**AFFIDAVIT**

I, William Yu, Special Agent (SA) of the Federal Bureau of Investigation (FBI), being duly sworn, do hereby depose and state:

1. I am a Special Agent with the FBI and have been since June 6, 2021. I have been assigned to the Albuquerque Division, Roswell Resident Agency since November 22, 2021. My duties include, but are not limited to, the investigation and enforcement of criminal violations related to the sexual exploitation of children, including the production, online distribution, receipt, and possession of child pornography, in violation of 18 U.S.C. §§ 2252 and 2252A. I have received training in the area of child pornography and child exploitation and have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media, including computer media. Moreover, I am a federal law enforcement officer who is engaged in enforcing the criminal laws, including 18 U.S.C. §§ 2251, 2252, and 2252A.

2. The information contained herein is based upon my own investigation as well as information supplied to me by other law enforcement officers. I have not included all facts known to me concerning this matter, but only facts necessary to set forth probable cause.

3. This affidavit is in support of a criminal complaint charging Matthew Lee Dale Taylor, a.k.a Matthew Lee Dale Byrd, with Distribution of Child Pornography, in violation of 18 U.S.C. §§ 2252A(a)(2) and 2252A(b)(1).

4. On or about November 18, 2020, the National Center for Missing and Exploited Children (NCMEC) received a report to their CyberTipline that user screenname "m.t88240" uploaded 18 files, including depictions of prepubescent children engaged in sex acts, between October

30 and October 31, 2020. The 18 files were shared in in a Kik messaging group by user m.t88240. As part of its report, Kik also provided the following account information for Kik account m.t88240:

**Email**: taylor.matt.2014.cbu@gmail.com
**First name**: Xx
**Last name**: Byrdie xX

5. I reviewed the files distributed by m.t88240 and believe, based on my training and experience, that these files contain child pornography as defined in Title 18, United States Code, Section 2256. Two of the 18 files distributed by m.t88240 are as follows:

**File name**: 224cc318-c0ad-47fb-9323-42376de07149.mp4

**Description**: This is a 1 minute 59 second video depicting a nude, prepubescent female child on top of a nude adult male, and they are engaged in sexual intercourse. The camera is maneuvered to show the male's scrotum and the base of his erect penis. The male's penis is inserted and being thrusted into the child's anus. The child appears to be between the ages of seven and nine years old.

**File name**: 1fbe74a7-11b0-4307-b73a-469718e3af9a.mp4

**Description**: This is a 1 minute 36 second video depicting a prepubescent male child performing oral sex on an erect penis. Approximately halfway through the video, the camera transitions to showing the male child fully nude. The video ends with the child touching and pulling on his penis. The male child has no pubic or visible body hair. The child appears to be between the ages of five and seven years old.

6. On July 14, 2021, NCMEC received a report from Dropbox, Inc. (Dropbox) identifying two videos depicting suspected child pornography files that were uploaded to Dropbox by a

Dropbox account. FBI received a Cybertip related to this report from NCMEC on December 6, 2021. The account that uploaded the child pornography was created by email address: demonicanon666@protonmail.com; username: Teira Taylor on July 14, 2021.

7. On August 10, 2021, an administrative subpoena was served on Dropbox requesting information pertaining to the account associated with email address demonicanon666@protonmail.com; username: Teira Taylor.

8. On August 11, 2021, Dropbox responded with information, including the IP address for the account that was associated with e-mail address demonicanon222@protonmail.com. The IP address was 2600:1011:b1d8:750e:5803:5ccc:9104:6181.

9. I reviewed the two files distributed by IP address 2600:1011:b1d8:750e:5803:5ccc:9104:6181 and believe, based on my training and experience, that these files contain child pornography as defined in Title 18, United States Code, Section 2256. The file name and a description of the two files uploaded from IP address 2600:1011:b1d8:750e:5803:5ccc:9104:6a81 are as follows:

**File name**: VID-20160921-WA00232

**Description**: This is a 33 second video with a compilation of 14 still images. These images depict a prepubescent female child nude from the waist down exposing her genital area. In multiple images, another individual's hand is used to touch and expose the child's genital area. This constitutes child pornography under federal law.

**File name**: VID-20160925-WA0018

**Description**: This is a 2 minute 20 second video. The video shows a what appears to be a female child laying on a bed while covered with a blanket. An adult male lifts up the blanket to reveal the nude lower torso of the child. The male manipulates the child's

buttocks to reveal the child's genitals. The male eventually mounts the child exposing his erect penis to the camera. It appears the female may be a prepubescent child.

10. On August 10, 2021, an administrative subpoena was served on Verizon Wireless requesting information pertaining to the IP address: 2600:1011:b1d8:750e:5803:5ccc:9104:6a81 from June 29, 2021. On or about August 13, 2021, Verizon Wireless responded that the IP address came back to a residence in Hobbs, New Mexico 88240.[1]

11. An Accurint search for the Hobbs address revealed that a Matthew Lee Dale Byrd was associated with that address. Matthew Lee Dale Taylor, a.k.a Matthew Lee Dale Byrd (Taylor) was convicted of Possession of a Visual Medium of Sexual Exploitation of Children Under 18 Years of Age on March 7, 2017, in Lovington District Court in Case Number D-506-CR-201600330.

12. On December 9, 2021, a minor who Taylor has access to, hereinafter "Minor Victim 1," was interviewed. During the interview the minor stated that Taylor repeatedly "hurt" her when she was between the ages of five and eight years old. When asked what she meant by "hurt," Minor Victim 1 stated some people would use "the word rape." Minor Victim 1 described that while she and Taylor were naked, Taylor would lay Minor Victim 1 on her stomach and Taylor would get on top of her. Minor Victim 1 described that her butt would hurt and that Taylor inserted his "front" into her butt. When asked to show on a diagram what part of the body Minor Victim 1 referred to as the "front," Minor Victim 1 circled the penis on the male diagram.

13. On December 9, 2021, FBI executed a search warrant at the residence associated with Taylor. FBI confirmed that Taylor lives at the residence with two other adults and three children. One

[1] This zip code matches the numbers in the username that distributed child pornography via Kik in October 2020 "m.t88240."

of the adults living at the residence, an elderly woman in very poor health, has lived at the address since summer of 2021. The elderly resident denied any involvement with distributing child pornography. The other adult living at the residence agreed to be interviewed and denied any involvement with distributing child pornography. According to the Lea County Sheriff's Office Sex Offender Registry, Taylor has lived at the residence since at least November 4, 2019.

14. On December 9, 2021, FBI contacted Taylor and asked if he would come to the Hobbs Police Department for questioning. Taylor arrived at the which point he consented to a voluntary interview and was informed that he was free to leave at any time. Taylor told FBI Special Agents that taylor.matt.2014.cbu@gmail.com[2] is his email address. Taylor said he did not think any of the others in the home, referring to the three children and two other adults, uploaded child pornography. Taylor then terminated the interview.

15. Based on the information above, I believe that probable exists that Taylor was the individual who distributed the child pornography files listed above.

16. Assistant United States Attorney Matilda McCarthy Villalobos approved prosecution in this matter.

17. Based on the foregoing, there is probable cause to believe that Matthew Lee Dale Taylor, aka Matthew Lee Dale Byrd violated 18 U.S.C. §§ 2252A(a)(2) and 2252A(b)(1), distribution of child pornography.

William Yu, Special Agent
Federal Bureau of Investigation

---

[2] This is the same email address used to create the Kik account that distributed 18 files containing child pornography.

Sworn to before me this
13th day of December 2021.

BARBARA EVANS
UNITED STATES MAGISTRATE JUDGE