**FILED**
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO

MAY 25 2022

MITCHELL R. ELFERS
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>**MATTHEW LEE DALE TAYLOR,**<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

CRIMINAL NO. *CR-22-876 MIS*

Count 1: 18 U.S.C. §§ 2252A(a)(1) and 2252A(b)(1): Transportation of Child Pornography;

Count 2: 18 U.S.C. §§ 1466A(b)(1) and 2252A(b)(2): Obscene Visual Representations of the Sexual Abuse of Children;

Count 3: 18 USC § 2260A: Penalties for Registered Sex Offender.

## INFORMATION

The United States Attorney charges:

### Count 1

On or about July 14, 2021, in Lea County, in the District of New Mexico, the defendant, **MATTHEW LEE DALE TAYLOR,** knowingly transported and shipped child pornography, as defined in 18 U.S.C. Section 2256(8)(A), using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer.

In violation of 18 U.S.C. §§ 2252A(a)(1) and 2252A(b)(1).

### Count 2

On or about July 14, 2021, in Lea County, in the District of New Mexico, the defendant, **MATTHEW LEE DALE TAYLOR,** knowingly possessed a visual depiction of any kind,

including a drawing, cartoon, sculpture, and painting that depicts a minor engaging in sexually explicit conduct and is obscene.

In violation of 18 U.S.C. §§ 1466A(b)(1) and 2252A(b)(2).

### Count 3

On or about July 14, 2021, in Lea County, in the District of New Mexico, the defendant, **MATTHEW LEE DALE TAYLOR**, an individual required by Federal or other law to register as a sex offender, committed a felony offense involving a minor under 18 U.S.C. Section 1466A.

In violation of 18 USC § 2260A.

ALEXANDER M.M. UBALLEZ
United States Attorney

MATILDA McCARTHY VILLALOBOS
Assistant U.S. Attorney
200 N. Church Street
Las Cruces, NM 88001
(575) 522-2304